In the Matter of ANTHONY J. SEGRETO et al., Appellants, v ALEXANDER B. GRANNIS, Commissioner of the New York State Department of Environmental Conservation, Respondent.

Submitted August 2, 2010; decided October 19, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).